IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VANESSA WITT; and JENNIFER HAYFORD | ) ) ) No. 3-12-1042 |
| v. | ) ) |
| LABTRAN, LLC; LABS MADE EASY; THOMASON MOVING TRAINING, LLC; and ERIC ARNOLD | ) ) ) ) |

O R D E R

Counsel for the parties shall convene a telephone conference call with the Court on **Monday, June 30, 2014, at 4:00 p.m.,** to be initiated by plaintiffs' counsel, to address the plaintiffs' motion to alter or amend scheduling order (Docket Entry No. 36), specifically, whether the defendants have any objection and, assuming there is no objection, to adjust some of the deadlines so that there will be at least 90 days from the completion of briefing on any dispositive motion, i.e., the reply deadline of December 29, 2014, and the trial date of March 17, 2015, in accord with Local Rule 16.01(d)(2)(f).

If the scheduled conference call presents scheduling conflicts for counsel, they shall confer and call Ms. Jeanne Cox, Courtroom Deputy, to reschedule.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge